Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MICHAEL BRADY, | | |
| | Plaintiff, | No. C13-1862RAJ |
| v. | | |
| AUTOZONE STORES, INC., et al., | | SCHEDULING ORDER |
| | Defendants. | |

| | |
|---|---|
| Deadline for joining additional parties | May 16, 2014 |
| Deadline to complete discovery on class certification | June 16, 2014 |
| Deadline for Plaintiffs to file Motion for Class Certification (24-page limit) | July 16, 2014 |
| Deadline for Defendant to file Opposition to Plaintiffs' Motion for Class Certification (24-page limit) | August 13, 2014 |
| Deadline for Plaintiffs to file Reply re: Plaintiffs' Class Certification Motion (12-page limit) | August 27, 2014 |

SCHEDULING ORDER – 1

The Court will set further case scheduling deadlines after ruling on the motion for class certification. Plaintiffs' counsel shall inform the court immediately should Plaintiffs at any time determine not to seek class certification. Should the Court deny the class certification motion, any party may request an expedited trial date. These dates are set at the direction of the Court after reviewing the Joint Status Report and Discovery Plan submitted by the parties. All other dates are specified in the Local Civil Rules. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown. Failure to complete discovery within the time allowed is not recognized as good cause.

## ALTERATIONS TO ELECTRONIC FILING PROCEDURES

As of June 1, 2004, counsel shall be required to electronically file all documents with the court. Pro se litigants may file either electronically or in paper form. Information and procedures for electronic filing can be found on the Western District of Washington's website at www.wawd.uscourts.gov.

The following alterations to the Electronic Filing Procedures apply in all cases pending before Judge Jones:

- Section III, Paragraph F: When the aggregate submittal to the Court (*i.e.*, the motion, any declarations and exhibits, the proposed order, and the

certificate of service) exceeds **50 pages** in length, a paper copy of the documents (with tabs or other organizing aids as necessary) shall be delivered to the Clerk's Office by 10:30 a.m. the morning after filing. The chambers copy must be clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers." Filers must label each courtesy copy of a document with its docket number, Parties may print the document from CM/ECF using the "Include headers when displaying PDF documents" feature under "Document Options" to meet this requirement, or may manually affix the docket number to each document.

- Section III, Paragraph L: The parties need not email a copy of the proposed order to the judge's orders email address except when the proposed order is stipulated, agreed, or otherwise uncontested, or on motions for injunctive relief.

## SETTLEMENT

Should this case settle, counsel shall notify Victoria Ericksen as soon as possible at (206) 370-8517. Pursuant to GR 3(b), an attorney who fails to provide prompt notice of settlement may be subject to such discipline and sanctions as the Court deems appropriate.

DATED:   January 7, 2014.

　　　　　　　　　　　　　　　　　　　　/s Richard A. Jones
　　　　　　　　　　　　　　　　　　　RICHARD A. JONES
　　　　　　　　　　　　　　　　　　　United States District Judge

SCHEDULING ORDER – 3