THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL BRADY,

                Plaintiff,

      vs.

AUTOZONE STORES, INC., and
AUTOZONERS LLC,

               Defendants.

NO. 2:13-cv-01862-RAJ

ORDER

The Court previously certified two questions to the Washington Supreme Court. Dkt. # 73. The Clerk of Court is directed to submit to the Supreme Court of Washington certified copies of that Order (Dkt. # 73), the underlying supporting documents (Dkt. ## 68-73), and a copy of the docket in the above-captioned matter. The record so compiled contains all matters in the pending cause deemed material for consideration of the state law questions certified for answer. *See* RCW 2.60.010.

Dated this 9th day of March, 2017.

*Richard A Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1