# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL BRADY,<br><br>            Plaintiff,<br><br>      v.<br><br>AUTOZONE STORES, INC., and AUTOZONERS LLC,<br><br>            Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:  C13-1862RAJ |

\_\_\_    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 **X**   **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

     As set forth in the Stipulation and Order for Entry of Final Judgment entered by the Court on January 25, 2019, final judgment is entered for and against Plaintiff in part as specified below:

- Judgment in favor of Plaintiff for $5,000 for Plaintiff's individual claims for failure to provide first and second meal periods in violation of RCW 49.12 and WAC 296-126-092 and for willful deprivation of unpaid wages in violation of RCW 49.52.050 and .070 for the period from August 24, 2011, through November 18, 2017;

- Judgment in favor of Defendants and dismissing Plaintiff's individual claims for failure to provide first and second meal periods in violation of RCW 49.12 and WAC 296-126-092 and for willful deprivation of unpaid wages in violation of RCW 49.52.050 and .070 for the periods before August 24, 2011, and after November 18, 2017; and

- Judgment in favor of Defendants and dismissing all of Plaintiff's other individual and class claims.

- Consistent with the terms in the Joint Stipulation, each party shall bear its own attorneys' fees and costs.

DATED this 25th day of January, 2019.

                                    WILLIAM M. McCOOL,
                                    Clerk of the Court

                          By:  */s/ Victoria Ericksen*
                                    Deputy Clerk