The Honorable Richard A. Jones

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MICHAEL BRADY,<br><br>    Plaintiff,<br><br>vs.<br><br>AUTOZONE STORES, INC., and AUTOZONERS LLC,<br><br>    Defendants. | NO. 2:13-cv-01862-RAJ<br><br>**PLAINTIFF MICHAEL BRADY'S NOTICE OF APPEAL** |

  Notice is hereby given that Plaintiff Michael Brady, as qualified representative of the proposed Class, appeals to the United States Court of Appeals for the Ninth Circuit from the district court's entry of final judgment in part against Plaintiff (Dkt. No. 95), the district court's Order Denying Class Certification (Dkt. No. 62), and the district court's Order of July 23, 2018 (Dkt. No. 88). Judgment was entered on January 25, 2019. Plaintiff's Representation Statement is attached to this Notice, as required by Ninth Circuit Rule 3-2(b).

PLAINTIFF'S NOTICE OF APPEAL - 1
NO. 2:13-cv-01862-RAJ

FRANK FREED SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
206-682-6711

DATED this 13th day of February 2019.

                                         FRANK FREED SUBIT & THOMAS LLP

                                         By:        /s/ Michael C. Subit
                                                    Michael C. Subit, WSBA No. 29189
                                                    Christie J. Fix, WSBA No. 40801
                                                    705 Second Avenue, Suite 1200
                                                    Seattle, WA 98104
                                                    206-682-6711
                                                    msubit@frankfreed.com
                                                    cfix@frankfreed.com
                                                    Attorneys for Plaintiff and the proposed Class

PLAINTIFF'S NOTICE OF APPEAL - 2
NO.  2:13-cv-01862-RAJ

FRANK FREED SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
206-682-6711

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties:

And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  NONE.

I hereby declare under the penalty of perjury that the foregoing is true and correct.

DATED at Seattle, Washington, on this 13th day of February 2019.

/s/ Michael C. Subit
Michael C. Subit

PLAINTIFF'S NOTICE OF APPEAL - 3
NO.  2:13-cv-01862-RAJ

FRANK FREED SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
206-682-6711